United States District Court
District of Massachusetts

| | |
|---|---|
| Hellenic American National Council Inc., <br><br> Plaintiff, <br><br> v. <br><br> Ioannis Remediakis et al., <br><br> Defendants. | Civil Action No. 21-10686-NMG |

**PRELIMINARY INJUNCTION**

GORTON, J.

Having considered 1) the emergency motion for injunctive relief filed by plaintiff Hellenic American National Council Inc. ("HANC"), 2) the Complaint, 3) HANC's memorandum of law and 4) oral argument, at which plaintiff was represented by counsel and defendant Ioannis Remediakis appeared pro se, the Court finds that plaintiff has demonstrated a reasonable likelihood of success on the merits of its claim, that it will suffer irreparable harm in the absence of injunctive relief, that the balancing of harms weighs in its favor and that a preliminary injunction will not have a detrimental effect on the public interest.

Accordingly, plaintiff's motion for injunctive relief (Docket No. 2) is, to the extent provided herein, **ALLOWED** and

-1-

it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that defendants and each of their officers, directors, principals, agents, servants, employees and attorneys and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, including via facsimile or email transmission, or overnight delivery service, are hereby enjoined from:

1) using any email address purporting to originate from plaintiff, including "HANC-Presidents-Forum@Outlook.com", or any other confusingly similar email address to communicate with members of HANC, the press or any other parties of interest, or otherwise obstruct or interfere with the affairs or business of HANC;

2) interfering with the scheduling of duly authorized corporate meetings of HANC; and

3) holding themselves out to any third party as having any position of authority whatsoever with respect to HANC, its affairs or its business.

The Court, having further considered the requirements of Fed. R. Civ. P. 65(c), concludes that no security is required to protect defendants against any improvidently granted injunctive relief.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated May 3, 2021