UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HELLENIC AMERICAN NATIONAL COUNCIL INC., § § § § Plaintiff, § § v. § § IOANNIS REMEDIAKIS, ET AL., § § Defendants. § § | Civil Action No. 1:21-CV-10686-NMG |

**AGREED STIPULATION FOR DISMISSAL WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Hellenic American National Council Inc., by its attorney, and Defendants Ioannis Remediakis and Hellenic Cultural Center of the Southwest ("HCC-SW"), *pro se*, hereby stipulate and agree to dismissal from the action of Remediakis and HCC-SW, with prejudice and without costs. The Parties would respectfully show the Court as follows:

1. The Parties reached an agreement to resolve the claims against Remediakis, in his individual capacity, and HCC-SW, with Remediakis as its representative, in the above-referenced lawsuit.

2. Accordingly, the Parties jointly request that this Court enter the Agreed Order of Dismissal attached hereto as to Defendants, Ioannis Remediakis and HCC-SW.

Dated this ___ day of September, 2021.

**AGREED:**

/s/ *[signature: Demetrios Kafkas Jr.]*

Demetrios G. Kafkas
BBO #565566
Kafkas Law Offices
The Charlestown Navy Yard
C1 Shipway Place
Charleston, MA 02129
Telephone: 617-800-6932
Email: Kafkaslink@yahoo.com
**ATTORNEY FOR PLAINTIFF**


/s/ *[signature]*

Ioannis Remediakis
*Pro Se Defendant*
15 N Curly Willow Circle
The Woodlands, TX 77375
Telephone: 832-326-3780
Email: yannis.remediakis@worldhellenicdiaspora.org


/s/ *[signature]*

Hellenic Cultural Center of the Southwest
*Pro Se Defendant*
Ioannis Remediakis, President
P.O. Box 66431
Houston, TX 77266
Telephone: 832-326-3780
Email: yannis.remediakis@hcc-sw.org

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HELLENIC AMERICAN NATIONAL COUNCIL INC., <br><br> Plaintiff, <br><br> v. <br><br> IOANNIS REMEDIAKIS, ET AL., <br><br> Defendants. | Civil Action No. <br> 1:21-CV-10686-NMG |

## AGREED ORDER FOR DISMISSAL

On this day, the Court considered the Agreed Stipulation for Dismissal with Prejudice filed by Plaintiff Hellenic American National Council Inc. and Defendants Ioannis Remediakis and Hellenic Cultural Center of the Southwest ("HCC-SW"), and finds that the dismissal should be GRANTED.

IT IS THEREFORE ORDERED that all claims against Remediakis and HCC-SW are **DISMISSED WITH PREJUDICE**. It is further ORDERED, that all attorneys' fees, costs of court, and any other expenses related to this action shall be borne by the party previously incurring the same.

It is so **ORDERED** this ___ day of September, 2021.

Honorable Nathaniel M. Gorton<br>
United States District Judge